JAMES SAUL, OSB No. 142809
LIA COMERFORD, OSB No. 141513
Earthrise Law Center at
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: 503.768.6929
jsaul@lclark.edu
comerford@lclark.edu

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | Case No.: 1:18-cv-00856-CL |
| Plaintiff, | JOINT MOTION FOR STAY |
| v. | |
| CITY OF MEDFORD, | |
| Defendant. | |

**LOCAL RULE 7-1 CERTIFICATION**

Pursuant to Local Rule 7-1, this is a joint motion submitted by both Plaintiff Northwest

Environmental Advocates ("NWEA") and Defendant City of Medford (the "City").

Page 1 - JOINT MOTION FOR STAY

**MOTION**

The parties jointly move the Court for an order staying litigation in this matter pending the outcome of an administrative hearing on the City's Clean Water Act discharge permit recently issued by the Oregon Department of Environmental Quality ("DEQ"). The grounds for the motion are set forth below.

On August 10, 2021, DEQ re-issued the City's national pollutant discharge elimination system ("NPDES") permit, which authorizes and regulates the wastewater discharges that are the subject of this litigation ("New Permit"). A correct copy of the New Permit is attached as Exhibit 1 to this Motion. The City's new permit differs in several ways that are relevant for this case; for example, it includes numeric limits on the discharge of nitrogen and phosphorus that are intended by DEQ to ensure compliance with Oregon's biocriteria water quality standard, but does not contain the former condition A.1.e. that formed the basis for NWEA's First and Second Claims.

Both the City and NWEA have sought administrative review of the New Permit under Oregon law. On August 27, 2021, the City sought review of its New Permit by filing a request for a contested case hearing with DEQ pursuant to OAR 340-045-0035(9). On October 8, 2021, NWEA filed with DEQ a petition for reconsideration of the New Permit pursuant to ORS § 183.484(2) and OAR §§ 137-004-0080 and 340-011-0580. In an order dated December 6, 2021, DEQ granted NWEA's petition for reconsideration, stating that "DEQ will provide an opportunity for a contested case hearing on the issues" raised by the parties. A correct copy of that December 6 Order is attached as Exhibit 2 to this Motion.

The final terms and conditions of the City's New Permit, once resolved under Oregon law via the anticipated contested case hearing, may well obviate the need for continued litigation

in this action. Accordingly, the parties believe that allowing the state proceeding to move forward while staying the federal litigation is in their best interests at this time, and is the most efficient use of both party and judicial resources. By filing this motion, the parties do not suggest that the Court either has or lacks jurisdiction over NWEA's claims, and both parties reserve all rights on that issue should future litigation in this forum become necessary. Each party reserves the right to move the Court to dissolve the stay and reactivate this litigation in the future.

The parties thus respectfully suggest that the Court enter an order staying this case, and requiring them to file a joint status report six months after entry of that order.

Dated: January 11, 2022.

| | |
|---|---|
| */s/ James Saul* | */s/ Crystal S. Chase* |
| JAMES SAUL, OSB No. 142809 | CRYSTAL S. CHASE, OSB No. 093104 |
| LIA COMERFORD, OSB No. 141513 | MICHAEL R. CAMPBELL, OSB No. 870016 |
| Earthrise Law Center at | BETH S. GINSBERG, OSB No. 070890 |
| Lewis & Clark Law School | Stoel Rives, LLP |
| Telephone: 503.768.6929 | Telephone: 503.224.3380 |
| jsaul@lclark.edu | crystal.chase@stoel.com |
| comerford@lclark.edu | michael.campbell@stoel.com |
| | beth.ginsberg@stoel.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant |

## DECLARATION REGARDING SIGNATURES

I, James Saul, declare under penalty of perjury that I obtained concurrence to file this document from the other signatory to this document.

/s/ James Saul

Page 3   -   JOINT MOTION FOR STAY